# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**DWAYNE ALMOND**,

                    Plaintiff,

        v.                                             **Case No. 15-cv-568-pp**

**WILLIAM POLLARD, TONY MELI,
LT. SNYDER, BRIAN GREFF,
CO NELSON, CO GOESSER,
CO SWINGEN, NURSE SANDY,
ANN SLINGER, BELINDA SCHRUBBE,
DR. MANLOVE, DR. DAVID BURNETT,
DR. SCOTT HOFTIEZER, JIM GREER,
MARY MUSE, KRIS CHILSEN,
and UNKNOWN,**

                    Defendants.

---

## DECISION AND ORDER DISMISSING CASE

---

On October 26, 2015, the court denied the plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). Dkt. No. 12. The court ordered the plaintiff to pay the remainder of the filing fee ($399.20) by November 20, 2015, or the court would dismiss the case. Id. The plaintiff has not paid the remainder of the fee, and thus the court will dismiss this case. The plaintiff still owes the fee, see Newlin v. Helman, 123 F.3d 429, 433-34 (7th Cir. 1997), rev'd on other grounds by, Walker v. O'Brien, 216 F.3d 626 (7th Cir. 2000) and Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000), and this order also prescribes the procedure for collecting the remainder of the filing fee ($399.20).

1

The court **ORDERS** that this case is **DISMISSESD** for failure to pay the filing fee.

The court further **ORDERS** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $399.20 balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The Secretary or his designee shall clearly identify the payments by the case name and number.

The court will mail a copy of this order to the Warden of Waupun Correctional Institution, 200 S. Madison Street, P.O. Box 351, Waupun, Wisconsin 53963-0351.

Dated in Milwaukee, Wisconsin this 24th day of November, 2015.

BY THE COURT:

_____
HON. PAMELA PEPPER
United States District Judge

2